# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

GRAYLING THOMAS,

    Plaintiff,

v.

GEORGIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

CIVIL ACTION NO.: 6:18-cv-111

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 7). Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendants Georgia Department of Corrections, Dozier, and Jane Doe; his equal protection claims against Williams, Lawrence, Hudson, and Mobley; and his monetary damages claims against Defendants in their official capacities and against Defendant Caldwell. The Court also **DENIES** Plaintiff's request for a temporary restraining order against Defendant John Doe and his request for a permanent injunction against transfer to Smith State Prison and **DENIES** Plaintiff leave to appeal *in forma pauperis* as to these dismissed and denied claims. Plaintiff's claims that remain pending are his: retaliatory transfer claims against Defendants John Doe, Lawrence, Hudson, Mobley, and Williams; deliberate indifference claims against Defendants Hudson and Williams; injunctive

relief as to prospective medical care claims against Defendant Caldwell; and excessive force, battery, and racial discrimination claims against Defendant John Doe.

**SO ORDERED**, this 10th day of January, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA