IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| GRAYLING THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN ANTOINE CALDWELL, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 6:18-cv-111 |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 35).  Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES** Plaintiff's claims against Defendant John Doe and **DIRECTS** the Clerk of Court to terminate John Doe as a Defendant upon the record and docket of this case.  Plaintiff's remaining claims are: his retaliatory transfer claims against Defendants Lawrence, Hudson, Mobley, and Williams; his deliberate indifference claims against Defendants Hudson and Williams; and his injunctive relief as to prospective medical care claims against Defendant Caldwell.  (Docs. 8, 10.)

**SO ORDERED**, this 27th day of January, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA